UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SILVANA RODRIGUES SOARES** | **CASE NO. 6:26-CV-00733 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MICHA NEAL ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers on the 13th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**